DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARY A. FIORETTI,**
Appellant,

v.

**MICHELLE M. FIORETTI,**
Appellee.

No. 4D19-1038

[February 6, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samatha Schosberg Feuer, Judge; L.T. Case No. 502017DR009252XXXSB.

Gary A. Fioretti, Boynton Beach, pro se.

David E. Williamson, Gainesville, for appellee.

PER CURIAM.

*Affirmed.*

WARNER and FORST, JJ., and WALSH, LISA S., Associate Judge., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***